JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEWIS P. GEYSER, et al.,

           Plaintiffs,

    v.

UNITED STATES OF AMERICA, et al.,

           Defendants.

Case No. CV 17-7315-DMG (ASx)

**JUDGMENT**

On August 29, 2018, this Court having granted in part and denied in part Defendants' motion for summary judgment, and denied Plaintiffs' motion for summary judgment, thereby resolving all issues and claims outstanding herein,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants United States of America, U.S. Department of the Interior, U.S. Bureau of Indian Affairs, Ryan Zinke, Michael S. Black, and Amy Dutschke, and against Plaintiffs Lewis P. Geyser, Robert B. Corlett, and T. Lawrence Jett.

DATED: August 30, 2018

                                                  DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE